(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court** | **Voluntary Petition** |
|---|---|---|
| | _NORTHERN_  District of _ILLINOIS_ | |

| Name of Debtor  (if individual, enter Last, First, Middle): | Name of Joint Debtor  (Spouse)(Last, First, Middle): |
|---|---|
| *J C Blacktop Co.,<br>  a  Corporation* | |

| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) *36-2303741* | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor   (No. & Street, City, State & Zip Code):<br>*c/o Jeff Coghill*<br>*430 West Armitage, Unit H*<br>*Chicago IL   60614* | Street Address of Joint Debtor   (No. & Street, City, State & Zip Code): |
|---|---|

| County of Residence or of the<br>Principal Place of Business:   *Cook* | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor  (if different from street address):<br>*SAME* | Mailing Address of Joint Debtor   (if different from street address): |
|---|---|

| Location of Principal Assets of Business Debtor<br>(If different from street address above): *SAME* | |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed**   (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☒ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | ☐ Clearing Bank | | | |

| **Nature of Debts**   (Check one box) | **Filing Fee**   (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |

| **Statistical/Administrative Information**   (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br><br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses<br>paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**          **FORM B1, Page 2**

*J C Blacktop Co.,*
*a Corporation*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X */s/ Timothy M. Hughes*
Signature of Attorney for Debtor(s)

*Timothy M. Hughes 6208982*
Printed Name of Attorney for Debtor(s)

*Lavelle Legal Services*
Firm Name

*208 S. LaSalle St.*
Address

*Suite 1200*

*Chicago IL 60604*

*312/332-7556*      *9/30/2005*
Telephone Number      Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jeffrey S. Coghill*
Signature of Authorized Individual

*Jeffrey S. Coghill*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*9/30/2005*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  *9/30/2005*
Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A (6/90) West Group, Rochester, NY

In re _J C Blacktop Co._____/ Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | | |

**TOTAL $** _0.00_

**(Report also on Summary of Schedules.)**

No continuation sheets attached

In re _J C Blacktop Co._ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _AMCORE_ | | $ 12,000.00 |
| | | _Suburban Bank_ | | $ 6,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | | _City of Peoria_ _Location: In debtor's possession_ | | $ 280,000.00 |

Page ___1___ of ___3___

In re  _J C Blacktop Co._ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Jenson & Jenson Architects** Location: In debtor's possession | | $ 5,400.00 |
| | | **L.J. Morse Contruction Co.** Location: In debtor's possession | | $ 500.00 |
| | | **MDWR od Greater Chicago** Location: In debtor's possession | | $ 1,700.00 |
| | | **Schramm Construction Corp** Location: In debtor's possession | | $ 6,000.00 |
| | | **Wheeling Park District** Location: In debtor's possession | | $ 1,647.48 |
| | | **Winfield Construction CO.** Location: In debtor's possession | | $ 3,554.00 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re _J C Blacktop Co._____ / Debtor     Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _2002- Jeep Grand Cheorokee_ _Location: In debtor's possession_ | | $ 20,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | | _Construction equipment_ _Location: In debtor's possession_ | | $ 200,000.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

**Total** ➡     $ 536,801.48

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6D (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._ _____ / Debtor     Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _4100_<br><br>_Creditor # : 1_<br>_Amcore Bank NA_<br>_P.O. Box 358_<br>_Beloit WI 53512-0358_ | X | _2002- Jeep Grand Cheorokee,_<br>_City of Peoria, AMCORE, Jenson_<br>_& Jenson Architects,_<br><br>Value: _$ 536,801.48_ | | | | _$ 1,275,485.00_ | _$ 738,683.52_ |
| Account No:<br><br>_Representing:_<br>_Amcore Bank NA_ | | _Fred R. Harbecke_<br>_29 S. LaSalle St., #945_<br>_Chicago IL  60603_<br><br>Value: | | | | | |
| Account No:<br><br>_Creditor # : 2_<br>_Chrysler Financial_<br>_PO Box 3208_<br>_Milwaukee WI 53201_ | | _2002- Jeep Grand Cheorokee_<br><br>Value: _$ 20,000.00_ | | | | _$ 17,505.00_ | _$ 17,505.00_ |
| Account No:<br><br> | | Value: | | | | | |

No continuation sheets attached

Subtotal $ _1,292,990.00_
(Total of this page)

Total $ _1,292,990.00_
(Use only on last page. Report total also on Summary of Schedules)

FORM B6E (4/04) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor          Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re J C Blacktop Co. _____ / Debtor        Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY    *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** *D. Patrick Mullarkey* *Tax Division DOJ, P.O. Box 55* *Ben Franklin Station* *Washington   D. C. 20044* | | *2005* | | | | *$ 102.00* | *$ 102.00* |
| Account No: **Creditor # : 2** *District Counsel - IRS* *200 West Adams, Suite 2300* *Chicago IL 60606-5208* | | | | | | *$ 0.00* | *$ 0.00* |
| Account No: **Creditor # : 3** *District Director IRS* *ATTN: DPN27-3* *P.O. Box 745* *Chicago IL 60690* | | | | | | *$ 0.00* | *$ 0.00* |
| Account No: **Creditor # : 4** *Illinois Dept. of Revenue* *P. O. Box 64338* *Bankruptcy Section* *Chicago IL 60664-0338* | | | | | | *$ 10.00* | *$ 10.00* |
| Account No: **Creditor # : 5** *United States Attorney* *219 South Dearborn* *Chicago Il 60604* | | | | | | *$ 0.00* | *$ 0.00* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to

Schedule of Creditors

Subtotal $ (Total of this page)    *112.00*

Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)    *112.00*

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor     Case No._____
                                                                                (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 1 A&A Equipment and Supply Co. 196 Devon Bensenville Il 60106 | X | 2004-05 Contract claim | | | | $ 11,340.00 |
| **Account No:** Creditor # : 2 Ace Group, LLC | X | 2004-05 Contract claim | | | | $ 820.00 |
| **Account No:** Creditor # : 3 Addison Building Materials 3301 Busse Road Elk Grove Villag Il 60007 | X | 2004-05 Contract claim | | | | $ 68.00 |
| **Account No:** Creditor # : 4 AG- Land FS, Inc 1505 Valie Vista Pekin IL  61554 | | 2004-05 | | | | $ 1,522.50 |

_16_ continuation sheets attached

Subtotal $ | 13,750.50
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor   Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>*Representing:*<br>*AG- Land FS, Inc* | | *Mark J. McGrath, P.C.*<br>*113 S. Main St*<br>*P. O. Box 139*<br>*Mackinaw IL  61755* | | | | |
| Account No:<br>*Creditor # : 5*<br>*Altorfer Inc.*<br>*P.O. Box 1347*<br>*Cedar Rapids IA 52406* | X | *2004-05*<br>*Contract claim* | | | | $ 2,265.29 |
| Account No:<br>*Creditor # : 6*<br>*American International Compa*<br>*P.O. Box 362014*<br>*Pittsburgh PA 15250-8014* | X | *2004-05*<br>*Contract claim* | | | | $ 36,358.00 |
| Account No:<br>*Creditor # : 7*<br>*Antioch Tire, Inc.*<br>*P.O. Box 5948*<br>*Carol Stream Il 60197* | X | *2004-05*<br>*Auto Loan* | | | | $ 10,137.66 |
| Account No:<br>*Creditor # : 8*<br>*Applied GeoScience, Inc.*<br>*2385 Hammond Drive*<br>*Suite 6*<br>*Schaumburg Il 60173* | X | *2004-05*<br>*Contract claim* | | | | $ 1,057.00 |
| Account No:<br>*Creditor # : 9*<br>*Aramark Uniform Services*<br>*4200 South Halsted*<br>*Suite 602*<br>*Chicago Il 60609* | X | *2004-05*<br>*Contract claim* | | | | $ 423.00 |

Sheet No. _1_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      *50,240.95*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | X | *2004-05* | | | | $ 185,223.00 |
| *Creditor # : 10* *Arrow Road Construction* *P.O. Box 334* *Mt. Prospect Il 60056* | | *Contract claim* | | | | |
| Account No: | | *Zukowski, Rogers, Flood & McCa* *50 Virginia St* *Crystal Lake IL  60014* | | | | |
| *Representing:* *Arrow Road Construction* | | | | | | |
| Account No: | | | | | | $ 270.00 |
| *Creditor # : 11* *Arthur J. Lootens* *551 Joliet Road* *West Chicago IL  60185* | | | | | | |
| Account No: | X | *2004-05* | | | | $ 29.00 |
| *Creditor # : 12* *AT&T phone* *P.O. Box 9001309* *Louisville KY 40290-1309* | | *Utility Bills* | | | | |
| Account No: | | *2004-05* | | | | $ 426.91 |
| *Creditor # : 13* *B and H Industries* *  IL* | | | | | | |
| Account No: | X | *2004-05* | | | | $ 24.00 |
| *Creditor # : 14* *B&K Power Equipment* *17009 Harmony Road* *Marengo Il 60152* | | *Utility Bills* | | | | |

Sheet No. _2_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        185,972.91
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 15<br>BearCat Mfg., Inc.<br>3650 Sabin Brown Road<br>Wickenburg Arizona 85390 | X | 2004-05<br>Contract claim | | | | $ 936.00 |
| Account No:<br><br>Creditor # : 16<br>Boughton Trucking & Material<br>P.O. Box 1036<br>Bedford Park Il 60499 | X | 2004-05<br>Contract claim | | | | $ 28,416.00 |
| Account No:<br><br>Creditor # : 17<br>C E Rentals, Inc.<br>1021 South Route 83<br>Elmhurst Il 60126 | X | 2004-05<br>Contract claim | | | | $ 3,462.00 |
| Account No:<br><br>Creditor # : 18<br>Casey Equipment Co., Inc.<br>1603 East Algonquin Road<br>Arlington Height Il 60005 | X | 2004-05<br>Contract claim | | | | $ 825.00 |
| Account No:<br><br>Creditor # : 19<br>Cintas First Aid and Saftey<br>1070 Judson Street<br>Bensenville IL   60106 | | 2004-05 | | | | $ 261.31 |
| Account No:<br><br>Creditor # : 20<br>Coghill, Mrs. Osa<br>10933 Meadow Glen Way East<br>Esconidioto CA 92026 | X | 2004-05<br>Rent in Arrears | | | | $ 18,000.00 |

Sheet No. _3_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   51,900.31
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor          Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 21 <br> ComEd <br> Bill Payment Center <br> Chicago Il 60658-0001 | | 2004-05 | | | | $ 1,179.18 |
| Account No: <br> Creditor # : 22 <br> Concept Communications, Inc. <br> 827 East North Avenue <br> Glendale Heights Il 60139 | X | 2004-05 <br> Contract claim | | | | $ 476.00 |
| Account No: <br> Creditor # : 23 <br> Connolly, Ekl & Williams, PC <br> 115 West 55th Street <br> Clarendon Hills Il 60514 | X | 2004-05 <br> Contract claim | | | | $ 3,829.00 |
| Account No: <br> Creditor # : 24 <br> Construction & Geotechnical <br> 762 Larsen Lane <br> Bensenville Il 60106 | X | 2004-05 <br> Contract claim | | | | $ 2,197.00 |
| Account No: <br> Creditor # : 25 <br> ContrAcct Systems Corporation <br> 208 North Washington <br> Naperville Il 60540 | X | 2004-05 <br> Contract claim | | | | $ 180.00 |
| Account No: <br> Creditor # : 26 <br> Contractors Adjustment <br> 311 Waukegan Road <br> Northfield Il 60093 | X | 2004-05 <br> Contract claim | | | | $ 1,383.00 |

Sheet No. __4__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    9,244.18
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor   Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br>Creditor # : 27<br>Daily Office Products<br>804 Eagle Drive<br>Bensenville Il 60106 | X | 2004-05<br>Contract claim | | | | $ 309.00 |
| Account No:<br>Creditor # : 28<br>E F T P S | X | 2004-05<br>Contract claim | | | | $ 1,876.00 |
| Account No:<br>Creditor # : 29<br>E W S Welding Supply Co.<br>1161 McCabe<br>Elk Grove Villag Il 60007 | X | 2004-05<br>Contract claim | | | | $ 671.40 |
| Account No:<br>Creditor # : 30<br>E.Garza Paving Inc.<br>1110 Brookwood Street<br>Bensenville Il 60106 | X | 2004-05<br>Contract claim | | | | $ 2,100.00 |
| Account No:<br>Creditor # : 31<br>Emulsicoat, Inc.<br>P.O. Box 68123<br>Indianapolis IN 46268 | X | 2004-05<br>Contract claim | | | | $ 20,709.05 |
| Account No:<br>Creditor # : 32<br>Filter Renu of Illinois, Inc.<br>376 South Locust Street<br>Manteno Il 60950-3150 | X | 2004-05<br>Contract claim | | | | $ 558.00 |

Sheet No. _5_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    26,223.45
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor     Case No._____
                                                                                      (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: <br> *Creditor # : 33* <br> *G.L.I.* <br> *1410 Mills Road* <br> *Joliet IL   60433* | | *2004-05* | | | | | $ 5,248.00 |
| Account No: <br> *Creditor # : 34* <br> *Harleysville Lake* <br> *PO Box 1370* <br> *Traverse City MI 49685* | | *2004-05* | | | | | $ 5,248.00 |
| Account No:   2754 <br> *Creditor # : 35* <br> *Harry W. Kuhn & R & K Cartage* <br> *P.O. Box 366* <br> *Wheaton IL 60189* | | *2004* <br> *Contract claim* | | | | | $ 6,190.00 |
| Account No: <br> *Representing:* <br> *Harry W. Kuhn & R & K Cartage* | | *Giagnorio & Robertelli* <br> *130 S Bloomingdale Rd* <br> *P.O. Box 726* <br> *Bloomingdale IL 60108* | | | | | |
| Account No: <br> *Creditor # : 36* <br> *Howel Tractor and Equipment* <br> *3333 Paysphere Circle* <br> *Chicago IL   60674* | | *2004-05* | | | | | $ 2,159.93 |
| Account No: X <br> *Creditor # : 37* <br> *I.O.U.E. Local 150 Admin. Du* <br> *P.O. Box 54427* <br> *Chicago Il 60690* | | *2004-05* <br> *Contract claim* | | | | | $ 2,218.00 |

Sheet No. __6__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    21,063.93
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | _2004-05_ | | | | $ 112,500.00 |
| _Creditor # : 38_ _Illinois Deparmtent of Commerc_ _620 E. Adams_ _Springfield IL  62701_ | | | | | | |
| Account No: | X | _2004-05_ _Contract claim_ | | | | $ 99.64 |
| _Creditor # : 39_ _Illinois Director of_ _P.O. Box 803414_ _Chicago Il 60680-3424_ | | | | | | |
| Account No: | X | _2004-05_ _Contract claim_ | | | | $ 271.00 |
| _Creditor # : 40_ _Imperial_ _P.O. Box 1170_ _Milwaukee WI 53201-1170_ | | | | | | |
| Account No: | X | _2004-05_ _Contract claim_ | | | | $ 1,738.00 |
| _Creditor # : 41_ _Ingersoll-Rand_ _75 Remittance Drive_ _Suite 6047_ _Milwaukee WI 53268-9633_ | | | | | | |
| Account No: | X | _2004-05_ _Contract claim_ | | | | $ 13,008.75 |
| _Creditor # : 42_ _J. Jasso Trucking Company_ _2843 South Central Park Avenue_ _Chicago Il 60623_ | | | | | | |
| Account No: | X | _2004-05_ _Contract claim_ | | | | $ 8,020.00 |
| _Creditor # : 43_ _J.S. Riemer, Inc._ _16N158 Tyrrell ROad_ _Elgin Il 60123-2828_ | | | | | | |

Sheet No.  _7_  of  _16_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | _135,637.39_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  _J C Blacktop Co._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br>*Creditor # : 44*<br>*Jasco Electric Corporation*<br>*3750 Barney Court*<br>*McHenry Il 60050* | X | *2004-05*<br>*Contract claim* | | | | | $ 5,671.00 |
| Account No:<br>*Creditor # : 45*<br>*JNR Adjustments*<br>*2905 Nothwest Blvd*<br>*Suite 200*<br>*Plymouth Meeting MN 55441* | | *2004-05*<br>*Contrac claim* | | | | | $ 683.60 |
| Account No:<br>*Creditor # : 46*<br>*Kendall County Concrete Crus*<br>*695 Route 34*<br>*Aurora Il 60504* | X | *2004-05*<br>*Contract claim* | | | | | $ 6.00 |
| Account No:<br>*Creditor # : 47*<br>*Kieft Brothers*<br>*837 Riverside Drive*<br>*Elmhurst Il 60126* | X | *2004-05*<br>*Contract claim* | | | | | $ 2,730.17 |
| Account No:<br>*Creditor # : 48*<br>*Laborers' Pension & Welfare*<br>*11465 Cermack Road*<br>*Westchester IL  60154* | X | *2004-05*<br>*Contract claim* | | | | | $ 30,158.95 |
| Account No:<br>*Representing:*<br>*Laborers' Pension & Welfare* | | *Jerrod Olszewski*<br>*53 W. Jackson Blvd*<br>*Suite 550*<br>*Chicago IL  60604* | | | | | |

Sheet No.  _8_ of  _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *39,249.72*
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._ _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br><br>**Creditor # : 49**<br>**Laborers' Work Dues Fund**<br>**Department 4334**<br>**Carol Stream Il 60122-4334** | X | _2004-05_<br>_Contract claim_ | | | | | $ 3,305.08 |
| Account No:<br><br>**Creditor # : 50**<br>**Leach Enterprises, Inc.**<br>**7316 Tecker Boulevard**<br>**Crystal Lake Il 60014** | X | _2004-05_<br>_Contract claim_ | | | | | $ 29.62 |
| Account No:<br><br>**Creditor # : 51**<br>**Lee Auto Parts**<br>**P.O. Box 95379**<br>**Palatine Il 60674** | X | _2004-05_<br>_Contract claim_ | | | | | $ 1,209.14 |
| Account No:<br><br>**Creditor # : 52**<br>**Local Union No. 673**<br>**1050 West Roosevelt Road**<br>**West Chicago Il 60185-4801** | X | _2004-05_<br>_Contract claim_ | | | | | $ 2,484.00 |
| Account No:<br><br>**Creditor # : 53**<br>**M O E Construction Industry**<br>**P.O. Box 74632**<br>**Chicago Il 60675-4632** | X | _2004-05_<br>_Contract claim_ | | | | | $ 308.00 |
| Account No:<br><br>**Creditor # : 54**<br>**MCAllister Equipment Co.**<br>**12500 South Cicero Avenue**<br>**Alsip Il 60803-2994** | X | _2004-05_<br>_Contract claim_ | | | | | $ 284.00 |

Sheet No. _9_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              7,619.84
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  *J C Blacktop Co.* _____ / Debtor     Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 55 MCCann Industries, Inc. 38951 Eagle Way Chicago Il 60678-1389* | X | *2004-05 Contract claim* | | | | $ 8,560.00 |
| Account No: *Representing: MCCann Industries, Inc.* | | *Nigro & Westfall 1793 Bloomingdale Rd Glendale Heights IL  60139* | | | | |
| Account No: *Creditor # : 56 Midway Truck Parts 7400 West 87th Street Bridgeview Il 60455* | X | *2004-05 Contract claim* | | | | $ 68.37 |
| Account No: *Creditor # : 57 Midwest Construction Product P.O. Box 727 Marco Island Fl 34146* | X | *2004-05 Contract claim* | | | | $ 10.00 |
| Account No: *Creditor # : 58 Midwest Op. Eng. Pension Fun P.O. Box 74632 Chicago Il 60675-4632* | X | *2004-05 Contract claim* | | | | $ 8,311.00 |
| Account No: *Representing: Midwest Op. Eng. Pension Fun* | | *Baum Sigman Auerbach & Neuman 200 W. Adams Suite 2200 Chicago IL 60606* | | | | |

Sheet No.  *10*  of  *16*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *16,949.37*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor       Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  **X** | | 2004-05 | | | | $ 10,367.00 |
| *Creditor # : 59*<br>*Midwest Op. Eng. Welfar Fun*<br>*P.O. Box 74632*<br>*Chicago Il 60675-4632* | | *Contract claim* | | | | |
| Account No: | | *Baum Sigman Auerbach & Neuman*<br>*200 W. Adams*<br>*Suite 2200*<br>*Chicago IL 60606* | | | | |
| *Representing:*<br>*Midwest Op. Eng. Welfar Fun* | | | | | | |
| Account No:  **X** | | 2004-05 | | | | $ 1,941.00 |
| *Creditor # : 60*<br>*Midwest Operating Eng. Fringe*<br>*6150 Jolient Road*<br>*Countryside Il 60525-3994* | | *Contract claim* | | | | |
| Account No: | | *Baum Sigman Auerbach & Neuman*<br>*200 W. Adams*<br>*Suite 2200*<br>*Chicago IL 60606* | | | | |
| *Representing:*<br>*Midwest Operating Eng. Fringe* | | | | | | |
| Account No: | | 2004-05 | | | | $ 1,746.79 |
| *Creditor # : 61*<br>*Midwest Tar Sealer*<br>*1485 E. Thorndale*<br>*Itasca IL  60143* | | | | | | |
| Account No:  **X** | | 2004-05 | | | | $ 41,925.00 |
| *Creditor # : 62*<br>*Midwest Tar Sealer Co.*<br>*1485 East Thorndale*<br>*Itasca Il 60143* | | *Contract claim* | | | | |

Sheet No. _11_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**
(Total of this page)                                55,979.79

**Total $**
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 63 Minute Man Press 148 East Irving Park Road Wood Dale Il 60191 | X | 2004-05 Contract claim | | | | | $ 90.00 |
| Account No: Creditor # : 64 Operating Engineers Local 150 P.O. Box 74632 Chicago Il 60675-4632 | X | 2004-05 Contract claim | | | | | $ 1,028.00 |
| Account No: Creditor # : 65 Osco Incorporated P.O. Box 70 Lemont Il 60439-0070 | X | 2004-05 Credit Card | | | | | $ 5,625.00 |
| Account No: Creditor # : 66 Pirtek Hoses/Assemblies 1499 Tonne Road Elk Grove Villag Il 60007 | X | 2004-05 Contract claim | | | | | $ 2,384.29 |
| Account No: Creditor # : 67 Porter Pipe and Supply Co. 155 East North Avenue Villa Park Il 60181 | X | 2004-05 Contract claim | | | | | $ 4.00 |
| Account No: Creditor # : 68 Premiere Wholesale Industries | X | 2004-05 Contract claim | | | | | $ 97.00 |

Sheet No. _12_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     9,228.29
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: *Creditor # : 69* *R & K Cartage, Inc.* *P.O. Box 366* *Wheaton Il 60189* | X | *2004-05* *Contract claim* | | | | $ 6,189.64 |
| Account No: *Representing:* *R & K Cartage, Inc.* | | *Giagnorio & Robertelli* *130 S Bloomingdale Rd* *P. O. Box 726* *Bloomingdale IL  60108* | | | | |
| Account No: *Creditor # : 70* *R.H. Donnelley* *PO Box 87008* *Kansas City MO 64180-1997* | | *2004-05* | | | | $ 82.77 |
| Account No: *Creditor # : 71* *Rex Radiator and Sales* *483 Evergreen* *Bensenville IL  60106* | | | | | | $ 437.23 |
| Account No: *Creditor # : 72* *Rex radiator and Welding* *367 Evergreen* *Bensenville IL  60106* | | | | | | $ 724.71 |
| Account No: *Creditor # : 73* *RPM Automotive* *10112 Pacific Avenue* *Franklin Park Il 60131* | X | *2004-05* *Contract claim* | | | | $ 377.00 |

Sheet No. _13_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     7,811.35
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor          Case No._____
                                                                                      (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 74 <br> Suburban Drive Line, Inc. <br> 747 West North Avenue <br> Villa Park Il 60181 | X | 2004-05 <br> Contract claim | | | | $ 292.00 |
| Account No: <br><br> Creditor # : 75 <br> Suburban Teamsters Pension F <br> Union National Bank <br> 101 East Chicago Street <br> Elgin Il 60121-6466 | X | 2004-05 <br> Contract claim | | | | $ 10,537.60 |
| Account No: <br><br> Representing: <br> Suburban Teamsters Pension F | | Arnold & Kadjan <br> 19 W Jackson Blvd <br> Suite 300 <br> Chicago IL 60604 | | | | |
| Account No: <br><br> Creditor # : 76 <br> Suburban Teamsters Welfar F <br> Union National Bank <br> 101 East Chicago Street <br> Elgin Il 60123 | X | 2004-05 <br> Contract claim | | | | $ 6,968.20 |
| Account No: <br><br> Representing: <br> Suburban Teamsters Welfar F | | Arnold & Kadjan <br> 19 W Jackson Blvd <br> Suite 300 <br> Chicago IL 60604 | | | | |
| Account No: <br><br> Creditor # : 77 <br> The University of Iowa <br> Business Office <br> B5 Jessup Hall <br> Iowa City IA 52242 | X | 2004-05 <br> Student Loan | | | | $ 6,667.00 |

Sheet No. _14_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     24,464.80
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 78 United Rentals, Inc 24W155 Army Trail Road Bloomingdale Il 60108 | X | 2004-05 Contract claim | | | | | $ 5,259.00 |
| Account No: Creditor # : 79 Valley Run Stone 10425 Joliet Road Newark Il 60541 | X | 2004-05 Contract claim | | | | | $ 8,317.41 |
| Account No: Representing: Valley Run Stone | | Noel C Davis 122 W Downer Pl P. O. Box 938 Aurora IL  60507 | | | | | |
| Account No: Creditor # : 80 Van Hoesen Industrial 7 N. 458 Garden Roselle IL | | | | | | | $ 50.00 |
| Account No: Creditor # : 81 Vulcan Materials 747 East 22nd Street Suite 200 Lombard Il 60148 | X | 2004-05 Contract claim | | | | | $ 179,034.00 |
| Account No: Representing: Vulcan Materials | | Patrick Mazza & Assoc 290 S Main Place, #101 Carol Stream IL  60188 | | | | | |

Sheet No. _15_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    192,660.41
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _J C Blacktop Co._____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:                                   **X** | | **2004-05** | | | | | **$ 20,300.00** |
| *Creditor # : 82* *Wayne Wilkens Trucking* *1288 East Elkhorn Road* *Vincennes IN 47591* | | *Contract claim* | | | | | |
| Account No: | | *2004-05* | | | | | **$ 61.10** |
| *Creditor # : 83* *Wheeling IDM* *PO Box 46466* *Plymouth Meeting MN 55446* | | | | | | | |
| Account No: | | | | | | | **$ 2,030.00** |
| *Creditor # : 84* *Whitney and Associates* *2406 W. Nebraska* *Peoria IL  61604* | | | | | | | |
| Account No:     *4291* | | | | | | | **$ 29,000.00** |
| *Creditor # : 85* *William Dugan* *c/o Baum Sigman Auerbach* *200 W Adams #2200* *Chicago IL  60606* | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _16_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *51,391.10* |
| **Total $** (Report total also on Summary of Schedules) | *899,388.29* |

FORM B6G (10/89) West Group, Rochester, NY

In re _J C Blacktop Co._ _____ / Debtor     Case No. _____

                                                                       (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
      creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re _J C Blacktop Co._ _____ / Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jeffrey S. Coghill_<br>_430 West Armitage_<br>_Chicago Il  60614_ | _A&A Equipment and Supply Co._<br>_196 Devon_<br>_Bensenville Il  60106_<br><br>_Ace Group, LLC_<br><br><br>_Addison Building Materials_<br>_3301 Busse Road_<br>_Elk Grove Villag Il  60007_<br><br>_Altorfer Inc._<br>_P.O. Box 1347_<br>_Cedar Rapids IA  52406_<br><br>_Amcore Bank NA_<br>_P.O. Box 358_<br>_Beloit WI  53512-0358_<br><br>_American International Compa_<br>_P.O. Box 362014_<br>_Pittsburgh PA  15250-8014_<br><br>_Antioch Tire, Inc._<br>_P.O. Box 5948_<br>_Carol Stream Il  60197_<br><br>_Applied GeoScience, Inc._<br>_2385 Hammond Drive_<br>_Suite 6_<br>_Schaumburg Il  60173_<br><br>_Aramark Uniform Services_<br>_4200 South Halsted_<br>_Suite 602_<br>_Chicago Il  60609_<br><br>_Arrow Road Construction_<br>_P.O. Box 334_<br>_Mt. Prospect Il  60056_ |

In re _J C Blacktop Co._ _____ / Debtor    Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *AT&T phone*<br>*P.O. Box 9001309*<br>*Louisville KY  40290-1309* |
| *Jeffrey S. Coghill...continued* | *B&K Power Equipment*<br>*17009 Harmony Road*<br>*Marengo Il  60152* |
| | *BearCat Mfg., Inc.*<br>*3650 Sabin Brown Road*<br>*Wickenburg Arizona  85390* |
| | *Boughton Trucking & Material*<br>*P.O. Box 1036*<br>*Bedford Park Il  60499* |
| | *C E Rentals, Inc.*<br>*1021 South Route 83*<br>*Elmhurst Il  60126* |
| | *Casey Equipment Co., Inc.*<br>*1603 East Algonquin Road*<br>*Arlington Height Il  60005* |
| | *Coghill, Mrs. Osa*<br>*10933 Meadow Glen Way East*<br>*Esconidioto CA  92026* |
| | *Concept Communications, Inc.*<br>*827 East North Avenue*<br>*Glendale Heights Il  60139* |
| | *Connolly, Ekl & Williams, PC*<br>*115 West 55th Street*<br>*Clarendon Hills Il  60514* |
| | *Construction & Geotechnical*<br>*762 Larsen Lane*<br>*Bensenville Il  60106* |
| | *ContrAcct Systems Corporation*<br>*208 North Washington*<br>*Naperville Il  60540* |
| | *Contractors Adjustment*<br>*311 Waukegan Road*<br>*Northfield Il  60093* |

In re *J C Blacktop Co.* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Jeffrey S. Coghill...continued* | *Daily Office Products*<br>*804 Eagle Drive*<br>*Bensenville Il   60106*<br><br>*E F T P S*<br><br><br><br>*E W S Welding Supply Co.*<br>*1161 McCabe*<br>*Elk Grove Villag Il   60007*<br><br>*E.Garza Paving Inc.*<br>*1110 Brookwood Street*<br>*Bensenville Il   60106*<br><br>*Emulsicoat, Inc.*<br>*P.O. Box 68123*<br>*Indianapolis IN   46268*<br><br>*Filter Renu of Illinois, Inc.*<br>*376 South Locust Street*<br>*Manteno Il   60950-3150*<br><br>*I.O.U.E. Local 150 Admin. Du*<br>*P.O. Box 54427*<br>*Chicago Il   60690*<br><br>*Illinois Director of*<br>*P.O. Box 803414*<br>*Chicago Il   60680-3424*<br><br>*Imperial*<br>*P.O. Box 1170*<br>*Milwaukee WI   53201-1170*<br><br>*Ingersoll-Rand*<br>*75 Remittance Drive*<br>*Suite 6047*<br>*Milwaukee WI   53268-9633*<br><br>*J. Jasso Trucking Company*<br>*2843 South Central Park Avenue*<br>*Chicago Il   60623* |

In re *J C Blacktop Co.* _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *J.S. Riemer, Inc.*<br>*16N158 Tyrrell ROad*<br>*Elgin Il  60123-2828* |
| *Jeffrey S. Coghill...continued* | *Jasco Electric Corporation*<br>*3750 Barney Court*<br>*McHenry Il  60050* |
| | *Kendall County Concrete Crus*<br>*695 Route 34*<br>*Aurora Il  60504* |
| | *Kieft Brothers*<br>*837 Riverside Drive*<br>*Elmhurst Il  60126* |
| | *Laborers' Pension & Welfare*<br>*11465 Cermack Road*<br>*Westchester IL   60154* |
| | *Laborers' Work Dues Fund*<br>*Department 4334*<br>*Carol Stream Il  60122-4334* |
| | *Leach Enterprises, Inc.*<br>*7316 Tecker Boulevard*<br>*Crystal Lake Il  60014* |
| | *Lee Auto Parts*<br>*P.O. Box 95379*<br>*Palatine Il  60674* |
| | *Local Union No. 673*<br>*1050 West Roosevelt Road*<br>*West Chicago Il  60185-4801* |
| | *M O E Construction Industry*<br>*P.O. Box 74632*<br>*Chicago Il  60675-4632* |
| | *MCAllister Equipment Co.*<br>*12500 South Cicero Avenue*<br>*Alsip Il  60803-2994* |
| | *MCCann Industries, Inc.*<br>*38951 Eagle Way*<br>*Chicago Il  60678-1389* |

FORM B6H (6/90) West Group, Rochester, NY

In re _J C Blacktop Co._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jeffrey S. Coghill...continued_ | _Midway Truck Parts_<br>_7400 West 87th Street_<br>_Bridgeview Il   60455_<br><br>_Midwest Construction Product_<br>_P.O. Box 727_<br>_Marco Island Fl   34146_<br><br>_Midwest Op. Eng. Pension Fun_<br>_P.O. Box 74632_<br>_Chicago Il   60675-4632_<br><br>_Midwest Op. Eng. Welfar Fun_<br>_P.O. Box 74632_<br>_Chicago Il   60675-4632_<br><br>_Midwest Operating Eng. Fringe_<br>_6150 Jolient Road_<br>_Countryside Il   60525-3994_<br><br>_Midwest Tar Sealer Co._<br>_1485 East Thorndale_<br>_Itasca Il   60143_<br><br>_Minute Man Press_<br>_148 East Irving Park Road_<br>_Wood Dale Il   60191_<br><br>_Operating Engineers Local 150_<br>_P.O. Box 74632_<br>_Chicago Il   60675-4632_<br><br>_Osco Incorporated_<br>_P.O. Box 70_<br>_Lemont Il   60439-0070_<br><br>_Pirtek Hoses/Assemblies_<br>_1499 Tonne Road_<br>_Elk Grove Villag Il   60007_<br><br>_Porter Pipe and Supply Co._<br>_155 East North Avenue_<br>_Villa Park Il   60181_ |

In re _J C Blacktop Co._ _____ / Debtor    Case No. _____
                                                                      (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
| --- | --- |
| | *Premiere Wholesale Industries* |
| *Jeffrey S. Coghill...continued* | *R & K Cartage, Inc.*<br>*P.O. Box 366*<br>*Wheaton Il  60189* |
| | *RPM Automotive*<br>*10112 Pacific Avenue*<br>*Franklin Park Il  60131* |
| | *Suburban Drive Line, Inc.*<br>*747 West North Avenue*<br>*Villa Park Il  60181* |
| | *Suburban Teamsters Pension F*<br>*Union National Bank*<br>*101 East Chicago Street*<br>*Elgin Il  60121-6466* |
| | *Suburban Teamsters Welfar F*<br>*Union National Bank*<br>*101 East Chicago Street*<br>*Elgin Il  60123* |
| | *The University of Iowa*<br>*Business Office*<br>*B5 Jessup Hall*<br>*Iowa City IA  52242* |
| | *United Rentals, Inc*<br>*24W155 Army Trail Road*<br>*Bloomingdale Il  60108* |
| | *Valley Run Stone*<br>*10425 Joliet Road*<br>*Newark Il  60541* |
| | *Vulcan Materials*<br>*747 East 22nd Street*<br>*Suite 200*<br>*Lombard Il  60148* |
| | *Wayne Wilkens Trucking*<br>*1288 East Elkhorn Road*<br>*Vincennes IN  47591* |

In re *J C Blacktop Co.* _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|------------------------------|------------------------------|
|                              |                              |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *J C Blacktop Co., a  Corporation*

Case No.
Chapter    7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     536,801.48 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    1,292,990.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $         112.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *17* | | $     899,388.29 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *7* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| Total Number of Sheets in All Schedules ▶ | | *33* | | | |
| Total Assets ▶ | | | $     536,801.48 | | |
| Total Liabilities ▶ | | | | $   2,192,490.29 | |

In re *J C Blacktop Co., a   Corporation* _____ / Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Jeffrey S. Coghill* _____, *President* _____ of the *Corporation* _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   *34*   sheets,

and that they are true and correct to the best of my knowledge, information, and belief.


Date:  *9/30/2005* _____          Signature  */s/ Jeffrey S. Coghill* _____

                                       Name:  *Jeffrey S. Coghill*

                                       Title:   *President*


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *J C Blacktop Co., a Corporation*                                Case No.
                                                                       Chapter  7

_____ / Debtor

Attorney for Debtor:  *Timothy M. Hughes*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *5,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *5,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $ _____ *209.00* _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *9/30/2005*                          Respectfully submitted,


                                X */s/ Timothy M. Hughes* _____
                Attorney for Petitioner: *Timothy M. Hughes*
                                         *Lavelle Legal Services*
                                         *208 S. LaSalle St.*
                                         *Suite 1200*
                                         *Chicago IL  60604*

(4/98) West Group, Rochester, NY

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary - they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,077,000 ($269,250 in unsecured debts and $807,750 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.