# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: J. C. BLACKTOP CO. | § Case No. 05-42632 |
| | § |
| | § |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 01, 2005. The undersigned trustee was appointed on October 01, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $_____11,918.91

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 135.17 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Leaving a balance on hand of | $____11,783.74 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

     6.  The deadline for filing claims in this case was 10/13/2006.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,941.89.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,941.89, for a total compensation of $1,941.89.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $102.27, for total expenses of $102.27.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/14/2009          By: /s/ALEX D. MOGLIA
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-42632  **Trustee:** (330260)   ALEX D. MOGLIA
**Case Name:** J. C. BLACKTOP CO.  **Filed (f) or Converted (c):** 10/01/05 (f)
  **§341(a) Meeting Date:** 11/16/05
**Period Ending:** 08/14/09  **Claims Bar Date:** 10/13/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | BANK ACCOUNT - AMCORE | 12,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | BANK ACCOUNT - SUBURBAN BANK | 6,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | ACCOUNT RECEIVABLE - CITY OF PEORIA | 280,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | A/R - JENSON & JENSON ARCHITECTS | 5,400.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | A/R - L.J. MORSE CONSTRUCTION CO. | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | A/R - MDWR OF GREATER CHICAGO | 1,700.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | A/R - SCHRAMM CONSTRUCTION CORP. | 6,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | A/R - WHEELING PARK DISTRICT | 1,647.48 | 0.00 | DA | 0.00 | 0.00 |
| 9 | A/R - WINFIELD CONSTRUCTION CO. | 3,554.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | 2002 JEEP GRAND CHEROKEE | 20,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | CONSTRUCTION EQUIPMENT | 200,000.00 | 0.00 | | 11,552.88 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 366.03 | Unknown |
| 12 | Assets  Totals (Excluding unknown values) | **$536,801.48** | **$0.00** | | **$11,918.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

RESOLUTION OR AMENDMENT OF SECURED CREDITOR'S CLAIM.

PREPARATION OF FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):**   February 28, 2007    **Current Projected Date Of Final Report (TFR):**   April 30, 2009

Exhibit B

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-42632  
**Case Name:** J. C. BLACKTOP CO.  

**Taxpayer ID #:** 36-2303741  
**Period Ending:** 08/14/09  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/06 | {11} | Winternitz, Inc | SALE PROCEEDS - PERSONAL PROPERTY | 1129-000 | 11,552.88 | | 11,552.88 |
| 08/09/06 | | To Account #********6766 | Funds to pay Secretary of State | 9999-000 | | 600.00 | 10,952.88 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.80 | | 10,959.68 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.96 | | 10,966.64 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.68 | | 10,974.32 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.21 | | 10,981.53 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.97 | | 10,988.50 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 13.96 | | 11,002.46 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.15 | | 11,021.61 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 20.56 | | 11,042.17 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 21.28 | | 11,063.45 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 21.32 | | 11,084.77 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.99 | | 11,104.76 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 22.09 | | 11,126.85 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 21.45 | | 11,148.30 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.41 | | 11,167.71 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 22.91 | | 11,190.62 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 19.50 | | 11,210.12 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 18.56 | | 11,228.68 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 16.35 | | 11,245.03 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 9.19 | | 11,254.22 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 8.37 | | 11,262.59 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 6.38 | | 11,268.97 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.76 | | 11,274.73 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.93 | | 11,280.66 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.93 | | 11,286.59 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.55 | | 11,292.14 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 6.13 | | 11,298.27 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 5.42 | | 11,303.69 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.06 | | 11,306.75 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.36 | | 11,309.11 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.39 | | 11,310.50 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.29 | | 11,311.79 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.48 | | 11,313.27 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.39 | | 11,314.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.34 | | 11,316.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.48 | | 11,317.48 |

Subtotals :    $11,917.48    $600.00

{} Asset reference(s)    Printed: 08/14/2009 03:35 PM    V.11.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 05-42632 | | **Trustee:** | ALEX D. MOGLIA (330260) |
| **Case Name:** | J. C. BLACKTOP CO. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****67-65 - Money Market Account |
| **Taxpayer ID #:** | 36-2303741 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/14/09 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 11,318.91 |
| | | | **ACCOUNT TOTALS** | | 11,918.91 | 600.00 | $11,318.91 |
| | | | Less: Bank Transfers | | 0.00 | 600.00 | |
| | | | **Subtotal** | | 11,918.91 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,918.91** | **$0.00** | |

{} Asset reference(s)                                                                                     Printed: 08/14/2009 03:35 PM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-42632 | | | **Trustee:** | ALEX D. MOGLIA (330260) |
| **Case Name:** | J. C. BLACKTOP CO. | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | | **Account:** | ***-*****67-66 - Checking Account |
| **Taxpayer ID #:** | 36-2303741 | | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 08/14/09 | | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/06 | | From Account #********6765 | Funds to pay Secretary of State | 9999-000 | 600.00 | | 600.00 |
| 08/09/06 | 101 | Secretary of State | serial# 1B76GL23X4TS588746 - 1995 Dodge Voided on 08/17/06 | 2420-000 | | 75.00 | 525.00 |
| 08/09/06 | 102 | Secretary of State | serial # 1GCGC24K6KE234517 - 1989 - Chevrolet Voided on 08/17/06 | 2410-000 | | 75.00 | 450.00 |
| 08/09/06 | 103 | Secretary of State | Serial #1GNFG16R47J319083 - 1995 Checrolet Suburban Voided on 08/17/06 | 2420-000 | | 75.00 | 375.00 |
| 08/09/06 | 104 | Lyman's | Title charge | 3991-000 | | 15.00 | 360.00 |
| 08/17/06 | 101 | Secretary of State | serial# 1B76GL23X4TS588746 - 1995 Dodge Voided: check issued on 08/09/06 | 2420-000 | | -75.00 | 435.00 |
| 08/17/06 | 102 | Secretary of State | serial # 1GCGC24K6KE234517 - 1989 - Chevrolet Voided: check issued on 08/09/06 | 2410-000 | | -75.00 | 510.00 |
| 08/17/06 | 103 | Secretary of State | Serial #1GNFG16R47J319083 - 1995 Checrolet Suburban Voided: check issued on 08/09/06 | 2420-000 | | -75.00 | 585.00 |
| 08/17/06 | 105 | Secretary of State | Serial #1GNFG16R47J319083 - Chevy 1500 pickup Voided on 04/24/07 | 2410-000 | | 65.00 | 520.00 |
| 08/17/06 | 106 | Secretary of State | Serial #1GCGC24KE234517 - 1989 Chevy Pickup | 2410-000 | | 65.00 | 455.00 |
| 08/17/06 | 107 | Secretary of State | Serial # 1B7GL23X4TS588746 - 1995 Dodge Dakota Pickup Voided on 04/24/07 | 2410-000 | | 65.00 | 390.00 |
| 04/24/07 | 105 | Secretary of State | Serial #1GNFG16R47J319083 - Chevy 1500 pickup Voided: check issued on 08/17/06 | 2410-000 | | -65.00 | 455.00 |
| 04/24/07 | 107 | Secretary of State | Serial # 1B7GL23X4TS588746 - 1995 Dodge Dakota Pickup Voided: check issued on 08/17/06 | 2410-000 | | -65.00 | 520.00 |
| 04/30/07 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/30/2007 FOR CASE #05-42632, Bond Number 016026455 - 02/01/07 thru 02/01/08 | 2300-000 | | 18.39 | 501.61 |
| 02/25/08 | 109 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-42632 | 2300-000 | | 24.20 | 477.41 |

Subtotals :   $600.00   $122.59

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 05-42632 | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | J. C. BLACKTOP CO. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | \*\*\*-\*\*\*\*\*67-66 - Checking Account |
| **Taxpayer ID #:** | 36-2303741 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/14/09 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 02/25/08 | | | | |
| 02/25/08 | 109 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-42632<br>Voided: check issued on 02/25/08 | 2300-000 | | -24.20 | 501.61 |
| 02/25/08 | 110 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-42632 | 2300-000 | | 24.20 | 477.41 |
| 03/09/09 | 111 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE #05-42632, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | 2300-000 | | 12.58 | 464.83 |
| | | | **ACCOUNT TOTALS** | | 600.00 | 135.17 | **$464.83** |
| | | | Less: Bank Transfers | | 600.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 135.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$135.17** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*67-65** | 11,918.91 | 0.00 | 11,318.91 |
| **Checking # \*\*\*-\*\*\*\*\*67-66** | 0.00 | 135.17 | 464.83 |
| | $11,918.91 | $135.17 | $11,783.74 |

{} Asset reference(s)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 05-42632
Case Name: J. C. BLACKTOP CO.
Trustee Name: ALEX D. MOGLIA

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ALEX D. MOGLIA | $ 1,941.89 | $ 102.27 |
| *Attorney for trustee* | LAW OFFICE OF BRUCE DE'MEDICI PC | $ 2,000.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | MANDELL MENKES LLC | $ 2,500.00 | $ 33.75 |
| *Attorney for trustee* | SMITH AMUNDSEN LLC | $ 3,272.50 | $ 13.50 |

**UST Form 101-7-TFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $ | $ |
| *Attorney for* | $ | $ |
| *Accountant for* | $ | $ |
| *Appraiser for* | $ | $ |
| *Other* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,309.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | Illinois Dept of Employment Security | $17,116.36 | $905.01 |
| 21 | Illinois Department of Revenue | $701.00 | $37.06 |
| 28 | District Director IRS | $18,492.43 | $977.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,463,187.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Midwest Operating Engineers Welfare Fund | $13,146.97 | $0.00 |
| 2 | Midwest Operating Engineers Pension Fund | $10,539.31 | $0.00 |
| 3 | Operating Engineers Local 150 Apprenticeship Fund | $1,303.83 | $0.00 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 4 | Local 150 I.U.O.E. Vacation Savings Plan | $ 3,911.49 | $ 0.00 |
| 5 | Midwest Operating Engineers Fringe Benefit Funds | $ 270.00 | $ 0.00 |
| 6 | Harry W. Kuhn, Inc & R&K Cartage, Inc | $ 8,036.39 | $ 0.00 |
| 8 | Illinois Dept of Employment Security | $ 670.00 | $ 0.00 |
| 9 | Vulcan Materials Company | $ 106,973.68 | $ 0.00 |
| 10 | A&A Equipment and Supply Co. | $ 12,080.88 | $ 0.00 |
| 11 | Avery Gravel Company, Inc. d/b/a/ Valley Run Stone  History | $ 8,591.57 | $ 0.00 |
| 12 | Osco Incorporated | $ 5,625.01 | $ 0.00 |
| 13 | Suburban Drive Line, Inc. | $ 262.00 | $ 0.00 |
| 14 | Rex radiator and Welding | $ 724.71 | $ 0.00 |
| 15 | Rex Radiator and Sales | $ 437.23 | $ 0.00 |
| 16 | Arrow Road Construction Company   History | $ 15,091.64 | $ 0.00 |
| 17 | Pirtek Hoses/Assemblies | $ 2,356.18 | $ 0.00 |
| 18 | Antioch Tire, Inc. | $ 10,163.97 | $ 0.00 |
| 19 | I.U.O.E. Local 150 AFL-CIO | $ 724.00 | $ 0.00 |
| 20 | Construction & Geotechnical | $ 4,487.50 | $ 0.00 |
| 21 | Illinois Department of Revenue | $ 10.00 | $ 0.00 |
| 22 | Mark J McCrath P.C. | $ 2,502.47 | $ 0.00 |
| 23 | Lee Auto Parts   History | $ 1,251.83 | $ 0.00 |
| 24 | Jasco Electric Corporation | $ 5,671.00 | $ 0.00 |
| 25 | Laborers Pension and Welfare Funds, etal   History | $ 40,947.88 | $ 0.00 |
| 26 | Suburban Teamsters of Northern Illinois   History | $ 18,341.43 | $ 0.00 |
| 29 | Amcore Bank NA | $ 1,189,066.25 | $ 0.00 |

**UST Form 101-7-TFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 27 | Commerce and Industry Insurance Company | $ 36,928.00 | $ 0.00 |
| 28 | District Director IRS | $ 138.32 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (4/1/2009)**