**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: J. C. BLACKTOP CO.                         § Case No. 05-42632
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>ALEX D. MOGLIA                    </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street, Room 873
   Chicago, IL  60604


   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.  If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 10/22/2009 in Courtroom 682, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/17/2009    By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: J. C. BLACKTOP CO.     §   Case No. 05-42632
                              §
                              §
Debtor(s)                     §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $   11,920.34 |
| *and approved disbursements of* | $   135.17 |
| *leaving a balance on hand of* [1] | $   11,785.17 |

Claims of secured creditors will be paid as follows:

*Claimant*                             *Proposed Payment*
                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ALEX D. MOGLIA | $ 1,941.89 | $ 102.27 |
| Attorney for trustee | LAW OFFICE OF BRUCE DE'MEDICI PC | $ 2,000.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | MANDELL MENKES LLC | $ 2,500.00 | $ 33.75 |
| Attorney for trustee | SMITH AMUNDSEN LLC | $ 3,272.50 | $ 13.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,309.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 8 | Illinois Dept of Employment Security | $ 17,116.36 | $ 905.01 |
| 21 | Illinois Department of Revenue | $ 701.00 | $ 37.06 |
| 28 | District Director IRS | $ 18,492.43 | $ 977.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,463,187.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | Midwest Operating Engineers Welfare Fund | $ 13,146.97 | $ 0.00 |
| 2 | Midwest Operating Engineers Pension Fund | $ 10,539.31 | $ 0.00 |
| 3 | Operating Engineers Local 150 Apprenticeship Fund | $ 1,303.83 | $ 0.00 |
| 4 | Local 150 I.U.O.E. Vacation Savings Plan | $ 3,911.49 | $ 0.00 |
| 5 | Midwest Operating Engineers Fringe Benefit Funds | $ 270.00 | $ 0.00 |
| 6 | Harry W. Kuhn, Inc & R&K Cartage, Inc | $ 8,036.39 | $ 0.00 |
| 8 | Illinois Dept of Employment Security | $ 670.00 | $ 0.00 |
| 9 | Vulcan Materials Company | $ 106,973.68 | $ 0.00 |
| 10 | A&A Equipment and Supply Co. | $ 12,080.88 | $ 0.00 |
| 11 | Avery Gravel Company, Inc. d/b/a/ Valley Run Stone    History | $ 8,591.57 | $ 0.00 |
| 12 | Osco Incorporated | $ 5,625.01 | $ 0.00 |
| 13 | Suburban Drive Line, Inc. | $ 262.00 | $ 0.00 |
| 14 | Rex radiator and Welding | $ 724.71 | $ 0.00 |
| 15 | Rex Radiator and Sales | $ 437.23 | $ 0.00 |
| 16 | Arrow Road Construction Company    History | $ 15,091.64 | $ 0.00 |
| 17 | Pirtek Hoses/Assemblies | $ 2,356.18 | $ 0.00 |
| 18 | Antioch Tire, Inc. | $ 10,163.97 | $ 0.00 |
| 19 | I.U.O.E. Local 150 AFL-CIO | $ 724.00 | $ 0.00 |
| 20 | Construction & Geotechnical | $ 4,487.50 | $ 0.00 |
| 21 | Illinois Department of Revenue | $ 10.00 | $ 0.00 |
| 22 | Mark J McCrath P.C. | $ 2,502.47 | $ 0.00 |
| 23 | Lee Auto Parts    History | $ 1,251.83 | $ 0.00 |
| 24 | Jasco Electric Corporation | $ 5,671.00 | $ 0.00 |
| 25 | Laborers Pension and Welfare Funds, etal    History | $ 40,947.88 | $ 0.00 |
| 26 | Suburban Teamsters of Northern Illinois    History | $ 18,341.43 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

|     29     | Amcore Bank NA | $ 1,189,066.25 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 37,066.32 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 27 | Commerce and Industry Insurance Company | $ 36,928.00 | $ 0.00 |
| 28 | District Director IRS | $ 138.32 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/ALEX D. MOGLIA
                             Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**