# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: J. C. BLACKTOP CO. § | Case No. 05-42632 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street, Room 873
    Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 10/22/2009 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/17/2009          By: /s/ALEX D. MOGLIA
                                          Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: J. C. BLACKTOP CO. § Case No. 05-42632
§
§
Debtor(s) §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 11,920.34

*and approved disbursements of*     $ 135.17

*leaving a balance on hand of* [1]     $ 11,785.17

Claims of secured creditors will be paid as follows:

*Claimant*     *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | Fees | Expenses |
|---|---|---|---|
| Trustee | ALEX D. MOGLIA | $ 1,941.89 | $ 102.27 |
| Attorney for trustee | LAW OFFICE OF BRUCE DE'MEDICI PC | $ 2,000.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | MANDELL MENKES LLC | $ 2,500.00 | $ 33.75 |
| Attorney for trustee | SMITH AMUNDSEN LLC | $ 3,272.50 | $ 13.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $36,309.79 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 8 | Illinois Dept of Employment Security | $17,116.36 | $905.01 |
| 21 | Illinois Department of Revenue | $701.00 | $37.06 |
| 28 | District Director IRS | $18,492.43 | $977.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,463,187.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| # | Creditor | Amount | |
|---|---|---|---|
| 1 | Midwest Operating Engineers Welfare Fund | $ 13,146.97 | $ 0.00 |
| 2 | Midwest Operating Engineers Pension Fund | $ 10,539.31 | $ 0.00 |
| 3 | Operating Engineers Local 150 Apprenticeship Fund | $ 1,303.83 | $ 0.00 |
| 4 | Local 150 I.U.O.E. Vacation Savings Plan | $ 3,911.49 | $ 0.00 |
| 5 | Midwest Operating Engineers Fringe Benefit Funds | $ 270.00 | $ 0.00 |
| 6 | Harry W. Kuhn, Inc & R&K Cartage, Inc | $ 8,036.39 | $ 0.00 |
| 8 | Illinois Dept of Employment Security | $ 670.00 | $ 0.00 |
| 9 | Vulcan Materials Company | $ 106,973.68 | $ 0.00 |
| 10 | A&A Equipment and Supply Co. | $ 12,080.88 | $ 0.00 |
| 11 | Avery Gravel Company, Inc. d/b/a/ Valley Run Stone    History | $ 8,591.57 | $ 0.00 |
| 12 | Osco Incorporated | $ 5,625.01 | $ 0.00 |
| 13 | Suburban Drive Line, Inc. | $ 262.00 | $ 0.00 |
| 14 | Rex radiator and Welding | $ 724.71 | $ 0.00 |
| 15 | Rex Radiator and Sales | $ 437.23 | $ 0.00 |
| 16 | Arrow Road Construction Company    History | $ 15,091.64 | $ 0.00 |
| 17 | Pirtek Hoses/Assemblies | $ 2,356.18 | $ 0.00 |
| 18 | Antioch Tire, Inc. | $ 10,163.97 | $ 0.00 |
| 19 | I.U.O.E. Local 150 AFL-CIO | $ 724.00 | $ 0.00 |
| 20 | Construction & Geotechnical | $ 4,487.50 | $ 0.00 |
| 21 | Illinois Department of Revenue | $ 10.00 | $ 0.00 |
| 22 | Mark J McCrath P.C. | $ 2,502.47 | $ 0.00 |
| 23 | Lee Auto Parts    History | $ 1,251.83 | $ 0.00 |
| 24 | Jasco Electric Corporation | $ 5,671.00 | $ 0.00 |
| 25 | Laborers Pension and Welfare Funds, etal    History | $ 40,947.88 | $ 0.00 |
| 26 | Suburban Teamsters of Northern Illinois    History | $ 18,341.43 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 29 | Amcore Bank NA | $ 1,189,066.25 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 37,066.32 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 27 | Commerce and Industry Insurance Company | $ 36,928.00 | $ 0.00 |
| 28 | District Director IRS | $ 138.32 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/ALEX D. MOGLIA
                                                     Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun              Page 1 of 3            Date Rcvd: Sep 18, 2009
Case: 05-42632                Form ID: pdf006             Total Noticed: 119

The following entities were noticed by first class mail on Sep 20, 2009.
db         +J. C. Blacktop Co.,    c/o Jeff Coghill,    430 West Armitage,    Unit H,    Chicago, IL 60614-4681
aty        +Bruce E de'Medici,    150 North Michigan Avenue,    3300,    Chicago, IL 60601-7621
aty        +Timothy M Hughes,    Lavelle Legal Services Ltd,    501 West Colfax,    Palatine, IL 60067-2545
tr         +Alex D Moglia, ESQ,    Moglia Advisors,    1325 Remington Rd, Ste H,    Schaumburg, IL 60173-4815
9948454    +A&A Equipment and Supply Co.,    196 Devon,    Bensenville, Il 60106-1148
9948457    +AG- Land FS, Inc,    1505 Valie Vista,    Pekin, IL 61554-6245
9948467     AT&T phone,    P.O. Box 9001309,    Louisville, KY  40290-1309
9948456     Addison Building Materials,    3301 Busse Road,    Elk Grove Villag, Il  60007
9948458    +Altorfer Inc.,    P.O. Box 1347,    Cedar Rapids, IA 52406-1347
9948459     Amcore Bank NA,    P.O. Box 358,    Beloit, WI  53512-0358
10434639   +Amcore Bank NA,    c/o John Mackay,    14535 John Humphrey Road Suite 203,
             Orland Park, IL 60462-6241
10434638   +Amcore Bank NA,    c/o Fred R Harbecke,    29 S LaSalle, Suite 945,    Chicago, IL 60603-1526
9948460     American International Compa,    P.O. Box 362014,    Pittsburgh, PA  15250-8014
9948461    +Antioch Tire, Inc.,    P.O. Box 5948,    Carol Stream, Il 60197-5948
9948462    +Applied GeoScience, Inc.,    2385 Hammond Drive,    Suite 6,    Schaumburg, Il 60173-3844
9948463    +Aramark Uniform Services,    4200 South Halsted,    Suite 602,    Chicago, Il 60609-2635
9948464    +Arnold & Kadjan,    19 W Jackson Blvd,    Suite 300,    Chicago, IL 60604-3915
9948465    +Arrow Road Construction,    P.O. Box 334,    Mt. Prospect, Il 60056-0334
10841993   +Arrow Road Construction Company,    c/o Zekawski, Rogers, Flood & McArdle,    50 Virginia Street,
             Crystal Lake, Il 60014-4126
9948466     Arthur J. Lootens,    551 Joliet Road,    West Chicago, IL   60185
9948531    +Avery Gravel Company,Inc. d/b/a/ Valley Run Stone,    c/o Noel C. Davis,    122 W. Downer Place,
             P. O. Box 938,    Aurora, IL 60507-0938
9948469    +B&K Power Equipment,    17009 Harmony Road,    Marengo, Il 60152-9156
9948470    +Baum Sigman Auerbach & Neuman,    200 W. Adams,    Suite 2200,    Chicago, IL 60606-5231
9948471    +BearCat Mfg., Inc.,    3650 Sabin Brown Road,    Wickenburg, Arizona 85390-1022
9948472    +Boughton Trucking & Material,    P.O. Box 1036,    Bedford Park, Il 60499-1036
9948473    +C E Rentals, Inc.,    1021 South Route 83,    Elmhurst, Il 60126-4966
9948474    +Casey Equipment Co., Inc.,    1603 East Algonquin Road,    Arlington Height, Il 60005-4758
9948476    +Cintas First Aid and Saftey,    1070 Judson Street,    Bensenville, IL 60106-3359
9948477    +Coghill, Mrs. Osa,    10933 Meadow Glen Way East,    Esconidioto, CA 92026-7004
9948478     ComEd,    Bill Payment Center,    Chicago, Il  60658-0001
10965758   +Commerce and Industry Insurance Company,    c/o David A. Levin,    AIG Bankruptcy collections,
             70 Pine St, 31st Floor,    New York, New York 10270-0002
9948479    +Concept Communications, Inc.,    827 East North Avenue,    Glendale Heights, Il 60139-3521
9948480    +Connolly, Ekl & Williams, PC,    115 West 55th Street,    Clarendon Hills, Il 60514-6315
9948481    +Construction & Geotechnical,    762 Larsen Lane,    Bensenville, Il 60106-1104
9948482    +ContrAcct Systems Corporation,    208 North Washington,    Naperville, Il 60540-4514
9948483     Contractors Adjustment,    311 Waukegan Road,    Northfield, Il 60093
9948484     D. Patrick Mullarkey,    Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
             Washington  , D. C.   20044
9948485    +Daily Office Products,    804 Eagle Drive,    Bensenville, Il 60106-1947
9948475    +DaimlerChrysler Services North America LLC,    c/o Riezman Berger PC,
             7700 Bonhomme Ave 7th Floor,    St Louis, MO 63105-1960
9948486    +District Counsel - IRS,    200 West Adams, Suite 2300,    Chicago, IL 60606-5231
9948489    +E W S Welding Supply Co.,    1161 McCabe,    Elk Grove Villag, Il 60007-4819
9948490    +E.Garza Paving Inc.,    1110 Brookwood Street,    Bensenville, Il 60106-1702
9948491    +Emulsicoat, Inc.,    P.O. Box 68123,    Indianapolis, IN 46268-0123
9948492    +Filter Renu of Illinois, Inc.,    376 South Locust Street,    Manteno, Il 60950
9948493    +Fred R. Harbecke,    29 S. LaSalle St., #945,    Chicago, IL 60603-1526
9948494    +G.L.I.,    1410 Mills Road,    Joliet, IL 60433-9561
9948495    +Giagnorio & Robertelli,    130 S Bloomingdale Rd,    P.O. Box 726,    Bloomingdale, IL 60108-0726
9948497     Harleysville Lake,    PO Box 1370,    Traverse City, MI  49685
9948498    +Harry W. Kuhn & R & K Cartage,    P.O. Box 366,    Wheaton, IL 60187-0366
10473347   +Harry W. Kuhn, Inc & R&K Cartage, Inc,    Gina B. Krol,    Cohen & Krol,
             105 West Madion Street Suite 1100,    Chicago, IL 60602-4600
9948499    +Howel Tractor and Equipment,    3333 Paysphere Circle,    Chicago, IL 60674-0033
9948500     I.O.U.E. Local 150 Admin. Du,    P.O. Box 54427,    Chicago, Il  60690
10863150   +I.U.O.E. Local 150 AFL-CIO,    c/o Dale D. Pierson,    6140 Joliet Road,
             Countryside, IL 60525-3956
10907577  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
             100 West Randolph Street   Level 7-410,    Chicago, Illinois  60601)
9948487   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
             PO Box 21126,    Philadelphia, PA 19114)
9948501    +Illinois Deparmtent of Commerc,    620 E. Adams,    Springfield, IL 62701-1615
9948502     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
10708936   +Illinois Dept of Employment Security,    Attorney General Section,    33 S State Street, 7th Floor,
             Chicago, Il 60603-2809
9948503    +Illinois Director of,    P.O. Box 803414,    Chicago, Il 60680-3414
9948504     Imperial,    P.O. Box 1170,    Milwaukee, WI  53201-1170
9948505     Ingersoll-Rand,    75 Remittance Drive,    Suite 6047,    Milwaukee, WI  53268-9633
9948506    +J. Jasso Trucking Company,    2843 South Central Park Avenue,    Chicago, Il 60623-4635
9948507    +J.S. Riemer, Inc.,    16N158 Tyrrell ROad,    Elgin, Il 60124-7828
9948510    +JNR Adjustments,    2905 Nothwest Blvd,    Suite 200,    Plymouth Meeting, MN 55441-4671
9948508     Jasco Electric Corporation,    3750 Barney Court,    McHenry, Il  60050
9948509     Jerrod Olszewski,    53 W. Jackson Blvd,    Suite 550,    Chicago, IL   60604
9948511    +Kendall County Concrete Crus,    695 Route 34,    Aurora, Il 60503-9314
9948512    +Kieft Brothers,    837 Riverside Drive,    Elmhurst, Il 60126-4964
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 3                   Date Rcvd: Sep 18, 2009
Case: 05-42632                 Form ID: pdf006             Total Noticed: 119

10945721       Laborers Pension and Welfare Funds, etal,    c/o Amy Carollo,   53 W. Jackson, Ste 550,
                 Chicago, Il 60604
9948513       +Laborers' Pension & Welfare,    11465 Cermack Road,    Westchester, IL 60154-5771
9948514        Laborers' Work Dues Fund,    Department 4334,    Carol Stream, Il 60122-4334
9948515       +Leach Enterprises, Inc.,    7316 Tecker Boulevard,    Crystal Lake, Il 60014-7967
9948516     +++Lee Auto Parts,    1175 Lee St,   Des Plaines, IL 60016-6516
10257446       Local 150 I.U.O.E. Vacation Savings Plan,    c/o Beverly P. Alfon,
                 200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
9948517        Local Union No. 673,    1050 West Roosevelt Road,    West Chicago, Il 60185-4801
9948518        M O E Construction Industry,    P.O. Box 74632,    Chicago, Il 60675-4632
9948520        MCAllister Equipment Co.,    12500 South Cicero Avenue,    Alsip, Il 60803-2994
9948521        MCCann Industries, Inc.,    38951 Eagle Way,   Chicago, Il 60678-1389
10922246      +Mark J McGrath P.C.,    Ag-Land FS, Inc,   1505 Valle Vista,    Pekin, IL 61554-6245
9948519       +Mark J. McGrath, P.C.,    113 S. Main St,   P. O. Box 139,    Mackinaw, IL 61755-0139
9948522       +Midway Truck Parts,    7400 West 87th Street,    Bridgeview, Il 60455-1881
9948523       +Midwest Construction Product,    P.O. Box 727,    Marco Island, Fl 34146-0727
9948524        Midwest Op. Eng. Pension Fun,    P.O. Box 74632,    Chicago, Il 60675-4632
9948525        Midwest Op. Eng. Welfar Fun,    P.O. Box 74632,    Chicago, Il 60675-4632
9948526        Midwest Operating Eng. Fringe,    6150 Jolient Road,    Countryside, Il 60525-3994
10257449       Midwest Operating Engineers Fringe Benefit Funds,     c/o Beverly P. Alfon,
                 200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
10257442       Midwest Operating Engineers Pension Fund,    c/o Beverly P. Alfon,
                 200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
10257438       Midwest Operating Engineers Welfare Fund,    c/o Beverly P. Alfon,
                 200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
9948527       +Midwest Tar Sealer,    1485 E. Thorndale,    Itasca, IL 60143-1402
9948528       +Midwest Tar Sealer Co.,    1485 East Thorndale,    Itasca, Il 60143-1402
9948529       +Minute Man Press,    148 East Irving Park Road,    Wood Dale, Il 60191-2024
9948530       +Nigro & Westfall,    1793 Bloomingdale Rd,   Glendale Heights, IL 60139-2187
9948532        Operating Engineers Local 150,    P.O. Box 74632,    Chicago, Il 60675-4632
10257444       Operating Engineers Local 150 Apprenticeship Fund,     c/o Beverly P. Alfon,
                 200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
9948533        Osco Incorporated,    P.O. Box 70,   Lemont, Il 60439-0070
9948534       +Patrick Mazza & Assoc,    290 S Main Place, #101,    Carol Stream, IL 60188-2476
9948535       +Pirtek Hoses/Assemblies,    1499 Tonne Road,   Elk Grove Villag, Il 60007-5003
9948536       +Porter Pipe and Supply Co.,    155 East North Avenue,    Villa Park, Il 60181-1227
9948538       +R & K Cartage, Inc.,    P.O. Box 366,   Wheaton, Il 60187-0366
9948539        R.H. Donnelley,    PO Box 87008,   Kansas City, MO 64180-1997
9948542       +RPM Automotive,    10112 Pacific Avenue,    Franklin Park, Il 60131-1624
9948540       +Rex Radiator and Sales,    483 Evergreen,    Bensenville, IL 60106-2505
9948541       +Rex radiator and Welding,    367 Evergreen,   Bensenville, IL 60106-2503
9948543       +Suburban Drive Line, Inc.,    747 West North Avenue,    Villa Park, Il 60181-1322
9948544       +Suburban Teamsters Pension F,    Union National Bank,    101 East Chicago Street,
                 Elgin, Il 60120-6466
9948545       +Suburban Teamsters Welfar F,    Union National Bank,    101 East Chicago Street,
                 Elgin, Il 60120-6466
10961794      +Suburban Teamsters of Northern Illinois,    c/o Arnold & Kadja,    19 W. Jackson Blvd,
                 Chicago, IL 60604-3926
9948546        The University of Iowa,    Business Office,   B5 Jessup Hall,    Iowa City, IA 52242
9948547       +United Rentals, Inc,    24W155 Army Trail Road,    Bloomingdale, Il 60108-1375
9948548        United States Attorney,    219 South Dearborn,    Chicago, Il 60604
9948549       +Valley Run Stone,    10425 Joliet Road,   Newark, Il 60541-9399
9948550       +Van Hoesen Industrial,    7 N. 458 Garden,   Roselle, IL 60172
9948551       +Vulcan Materials,    747 East 22nd Street,   Suite 200,    Lombard, Il 60148-5038
10830114       Vulcan Materials Company,    c/o Patrick Mazza & Associates,    290 South Main Place, #101,
                 Carol Stream IL 60188-2476
9948552       +Wayne Wilkens Trucking,    1288 East Elkhorn Road,    Vincennes, IN 47591-7092
9948553       +Wheeling IDM,    PO Box 46466,   Plymouth Meeting, MN 55446-0466
9948554       +Whitney and Associates,    2406 W. Nebraska,   Peoria, Il 61604-3193
9948555       +William Dugan,    c/o Baum Sigman Auerbach,   200 W Adams #2200,    Chicago, IL 60606-5231
9948556       +Zukowski, Rogers, Flood & McCa,    50 Virginia St,    Crystal Lake, IL 60014-4199
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9948455        Ace Group, LLC
9948468        B and H Industries,    IL
9948488        E F T P S
9948537        Premiere Wholesale Industries
9948496*      +Giagnorio & Robertelli,    130 S Bloomingdale Rd,    P. O. Box 726,   Bloomingdale, IL 60108-0726
                                                                                               TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: mrahmoun          Page 3 of 3          Date Rcvd: Sep 18, 2009
Case: 05-42632                Form ID: pdf006         Total Noticed: 119
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2009**           **Signature:** *Joseph Speetjens*