**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: J. C. BLACKTOP CO. § Case No. 05-42632
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $336,801.48 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,923.94 | Claims Discharged Without Payment: $1,500,253.54 |
| Total Expenses of Administration: $9,999.08 | |

3) Total gross receipts of $ 11,923.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,923.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,278,316.37 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,049.08 | 9,999.08 | 9,999.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 36,309.79 | 36,309.79 | 1,923.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,500,253.54 | 1,500,253.54 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,830,928.78 | $1,546,562.41 | $11,923.02 |

4) This case was originally filed under Chapter 7 on October 01, 2005. . The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2010         By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| CONSTRUCTION EQUIPMENT | 1129-000 | 11,552.88 |
| Interest Income | 1270-000 | 370.14 |
| **TOTAL GROSS RECEIPTS** | | **$11,923.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Amcore Bank NA | 4210-000 | N/A | 1,278,316.37 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$1,278,316.37** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 1,941.89 | 1,941.89 | 1,941.89 |
| LAW OFFICE OF BRUCE DE'MEDICI PC | 3210-000 | N/A | 3,280.00 | 2,000.00 | 2,000.00 |
| LAW OFFICE OF BRUCE DE'MEDICI PC | 3420-000 | N/A | 0.00 | 0.00 | 0.00 |
| MANDELL MENKES LLC | 3210-000 | N/A | 7,270.00 | 2,500.00 | 2,500.00 |
| MANDELL MENKES LLC | 3220-000 | N/A | 33.75 | 33.75 | 33.75 |
| SMITH AMUNDSEN LLC | 3210-000 | N/A | 3,272.50 | 3,272.50 | 3,272.50 |
| SMITH AMUNDSEN LLC | 3220-000 | N/A | 13.50 | 13.50 | 13.50 |
| ALEX D. MOGLIA | 2200-000 | N/A | 102.27 | 102.27 | 102.27 |
| Lyman's | 3991-000 | N/A | 15.00 | 15.00 | 15.00 |
| Secretary of State | 2410-000 | N/A | 65.00 | 65.00 | 65.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 18.39 | 18.39 | 18.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 24.20 | 24.20 | 24.20 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.58 | 12.58 | 12.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 16,049.08 | 9,999.08 | 9,999.08 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept of Employment Security | 5800-000 | N/A | 17,116.36 | 17,116.36 | 906.95 |
| Illinois Department of Revenue | 5800-000 | N/A | 701.00 | 701.00 | 37.14 |
| District Director IRS | 5800-000 | N/A | 18,492.43 | 18,492.43 | 979.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 36,309.79 | 36,309.79 | 1,923.94 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Midwest Operating Engineers Welfare Fund | 7100-000 | N/A | 13,146.97 | 13,146.97 | 0.00 |
| Midwest Operating Engineers Pension Fund | 7100-000 | N/A | 10,539.31 | 10,539.31 | 0.00 |
| Operating Engineers Local 150 Apprenticeship Fund | 7100-000 | N/A | 1,303.83 | 1,303.83 | 0.00 |
| Local 150 I.U.O.E. Vacation Savings Plan | 7100-000 | N/A | 3,911.49 | 3,911.49 | 0.00 |
| Midwest Operating Engineers Fringe Benefit Funds | 7100-000 | N/A | 270.00 | 270.00 | 0.00 |
| Harry W. Kuhn, Inc & R&K Cartage, Inc | 7100-000 | N/A | 8,036.39 | 8,036.39 | 0.00 |
| Illinois Dept of Employment Security | 7100-000 | N/A | 670.00 | 670.00 | 0.00 |
| Vulcan Materials Company | 7100-000 | N/A | 106,973.68 | 106,973.68 | 0.00 |
| A&A Equipment and Supply Co. | 7100-000 | N/A | 12,080.88 | 12,080.88 | 0.00 |
| Avery Gravel Company, Inc. d/b/a/ Valley Run Stone | 7100-000 | N/A | 8,591.57 | 8,591.57 | 0.00 |
| Osco Incorporated | 7100-000 | N/A | 5,625.01 | 5,625.01 | 0.00 |
| Suburban Drive Line, Inc. | 7100-000 | N/A | 262.00 | 262.00 | 0.00 |
| Rex radiator and Welding | 7100-000 | N/A | 724.71 | 724.71 | 0.00 |
| Rex Radiator and Sales | 7100-000 | N/A | 437.23 | 437.23 | 0.00 |
| Arrow Road Construction Company   History | 7100-000 | N/A | 15,091.64 | 15,091.64 | 0.00 |
| Pirtek Hoses/Assemblies | 7100-000 | N/A | 2,356.18 | 2,356.18 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Antioch Tire, Inc. | 7100-000 | N/A | 10,163.97 | 10,163.97 | 0.00 |
| I.U.O.E. Local 150 AFL-CIO | 7100-000 | N/A | 724.00 | 724.00 | 0.00 |
| Construction & Geotechnical | 7100-000 | N/A | 4,487.50 | 4,487.50 | 0.00 |
| Illinois Department of Revenue | 7100-000 | N/A | 10.00 | 10.00 | 0.00 |
| Mark J McCrath P.C. | 7100-000 | N/A | 2,502.47 | 2,502.47 | 0.00 |
| Lee Auto Parts   History | 7100-000 | N/A | 1,251.83 | 1,251.83 | 0.00 |
| Jasco Electric Corporation | 7100-000 | N/A | 5,671.00 | 5,671.00 | 0.00 |
| Laborers Pension and Welfare Funds, etal   History | 7100-000 | N/A | 40,947.88 | 40,947.88 | 0.00 |
| Suburban Teamsters of Northern Illinois   History | 7100-000 | N/A | 18,341.43 | 18,341.43 | 0.00 |
| Commerce and Industry Insurance Company | 7200-000 | N/A | 36,928.00 | 36,928.00 | 0.00 |
| District Director IRS | 7200-000 | N/A | 138.32 | 138.32 | 0.00 |
| Amcore Bank NA | 7100-000 | N/A | 1,189,066.25 | 1,189,066.25 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 1,500,253.54 | 1,500,253.54 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-42632  **Trustee:** (330260)  ALEX D. MOGLIA
**Case Name:** J. C. BLACKTOP CO.  **Filed (f) or Converted (c):** 10/01/05 (f)
**§341(a) Meeting Date:** 11/16/05
**Period Ending:** 03/23/10  **Claims Bar Date:** 10/13/06

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | BANK ACCOUNT - AMCORE | 12,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | BANK ACCOUNT - SUBURBAN BANK | 6,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | ACCOUNT RECEIVABLE - CITY OF PEORIA | 280,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | A/R - JENSON & JENSON ARCHITECTS | 5,400.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | A/R - L.J. MORSE CONSTRUCTION CO. | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | A/R - MDWR OF GREATER CHICAGO | 1,700.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | A/R - SCHRAMM CONSTRUCTION CORP. | 6,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | A/R - WHEELING PARK DISTRICT | 1,647.48 | 0.00 | DA | 0.00 | 0.00 |
| 9 | A/R - WINFIELD CONSTRUCTION CO. | 3,554.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | 2002 JEEP GRAND CHEROKEE | 20,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | CONSTRUCTION EQUIPMENT | 200,000.00 | 0.00 | | 11,552.88 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 370.14 | FA |
| 12 | Assets   Totals (Excluding unknown values) | **$536,801.48** | **$0.00** | | **$11,923.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 28, 2007   **Current Projected Date Of Final Report (TFR):**   September 17, 2009 (Actual)

Printed: 03/23/2010 10:54 AM   V.11.54

Exhibit 9

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-42632 | | Trustee: | ALEX D. MOGLIA (330260) |
| --- | --- | --- | --- | --- |
| Case Name: | J. C. BLACKTOP CO. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-65 - Money Market Account |
| Taxpayer ID #: | 36-2303741 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/23/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/02/06 | {11} | Winternitz, Inc | SALE PROCEEDS - PERSONAL PROPERTY | 1129-000 | 11,552.88 | | 11,552.88 |
| 08/09/06 | | To Account #********6766 | Funds to pay Secretary of State | 9999-000 | | 600.00 | 10,952.88 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.80 | | 10,959.68 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.96 | | 10,966.64 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.68 | | 10,974.32 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.21 | | 10,981.53 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.97 | | 10,988.50 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 13.96 | | 11,002.46 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.15 | | 11,021.61 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 20.56 | | 11,042.17 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 21.28 | | 11,063.45 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 21.32 | | 11,084.77 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.99 | | 11,104.76 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 22.09 | | 11,126.85 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 21.45 | | 11,148.30 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 19.41 | | 11,167.71 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.2700% | 1270-000 | 22.91 | | 11,190.62 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 19.50 | | 11,210.12 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.9500% | 1270-000 | 18.56 | | 11,228.68 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2000% | 1270-000 | 16.35 | | 11,245.03 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 9.19 | | 11,254.22 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 8.37 | | 11,262.59 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6900% | 1270-000 | 6.38 | | 11,268.97 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.76 | | 11,274.73 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.93 | | 11,280.66 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.93 | | 11,286.59 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 5.55 | | 11,292.14 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6200% | 1270-000 | 6.13 | | 11,298.27 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 5.42 | | 11,303.69 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.06 | | 11,306.75 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.36 | | 11,309.11 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.39 | | 11,310.50 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.29 | | 11,311.79 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.48 | | 11,313.27 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.39 | | 11,314.66 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.34 | | 11,316.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.48 | | 11,317.48 |

Subtotals : $11,917.48 $600.00

{} Asset reference(s)                                                       Printed: 03/23/2010 10:54 AM   V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-42632  
**Case Name:** J. C. BLACKTOP CO.

**Taxpayer ID #:** 36-2303741  
**Period Ending:** 03/23/10

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 11,318.91 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.43 | | 11,320.34 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.39 | | 11,321.73 |
| 10/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 1.29 | | 11,323.02 |
| 10/29/09 | | To Account #********6766 | Final distribution of funds | 9999-000 | | 11,323.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **11,923.02** | **11,923.02** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 11,923.02 | |
| | | | **Subtotal** | | **11,923.02** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,923.02** | **$0.00** | |

{} Asset reference(s)   Printed: 03/23/2010 10:54 AM   V.11.54

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| **Case Number:** | 05-42632 | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | J. C. BLACKTOP CO. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****67-66 - Checking Account |
| **Taxpayer ID #:** | 36-2303741 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 03/23/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/09/06 | | From Account #********6765 | Funds to pay Secretary of State | 9999-000 | 600.00 | | 600.00 |
| 08/09/06 | 101 | Secretary of State | serial# 1B76GL23X4TS588746 - 1995 Dodge<br>Voided on 08/17/06 | 2420-000 | | 75.00 | 525.00 |
| 08/09/06 | 102 | Secretary of State | serial # 1GCGC24K6KE234517 - 1989 - Chevrolet<br>Voided on 08/17/06 | 2410-000 | | 75.00 | 450.00 |
| 08/09/06 | 103 | Secretary of State | Serial #1GNFG16R47J319083 - 1995 Checrolet Suburban<br>Voided on 08/17/06 | 2420-000 | | 75.00 | 375.00 |
| 08/09/06 | 104 | Lyman's | Title charge | 3991-000 | | 15.00 | 360.00 |
| 08/17/06 | 101 | Secretary of State | serial# 1B76GL23X4TS588746 - 1995 Dodge<br>Voided: check issued on 08/09/06 | 2420-000 | | -75.00 | 435.00 |
| 08/17/06 | 102 | Secretary of State | serial # 1GCGC24K6KE234517 - 1989 - Chevrolet<br>Voided: check issued on 08/09/06 | 2410-000 | | -75.00 | 510.00 |
| 08/17/06 | 103 | Secretary of State | Serial #1GNFG16R47J319083 - 1995 Checrolet Suburban<br>Voided: check issued on 08/09/06 | 2420-000 | | -75.00 | 585.00 |
| 08/17/06 | 105 | Secretary of State | Serial #1GNFG16R47J319083 - Chevy 1500 pickup<br>Voided on 04/24/07 | 2410-000 | | 65.00 | 520.00 |
| 08/17/06 | 106 | Secretary of State | Serial #1GCGC24KE234517 - 1989 Chevy Pickup | 2410-000 | | 65.00 | 455.00 |
| 08/17/06 | 107 | Secretary of State | Serial # 1B7GL23X4TS588746 - 1995 Dodge Dakota Pickup<br>Voided on 04/24/07 | 2410-000 | | 65.00 | 390.00 |
| 04/24/07 | 105 | Secretary of State | Serial #1GNFG16R47J319083 - Chevy 1500 pickup<br>Voided: check issued on 08/17/06 | 2410-000 | | -65.00 | 455.00 |
| 04/24/07 | 107 | Secretary of State | Serial # 1B7GL23X4TS588746 - 1995 Dodge Dakota Pickup<br>Voided: check issued on 08/17/06 | 2410-000 | | -65.00 | 520.00 |
| 04/30/07 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/30/2007 FOR CASE #05-42632, Bond Number 016026455 - 02/01/07 thru 02/01/08 | 2300-000 | | 18.39 | 501.61 |
| 02/25/08 | 109 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-42632 | 2300-000 | | 24.20 | 477.41 |

Subtotals :   $600.00   $122.59

{} Asset reference(s)                                                                                         Printed: 03/23/2010 10:54 AM   V.11.54

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-42632 | | Trustee: | ALEX D. MOGLIA (330260) |
| Case Name: | J. C. BLACKTOP CO. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****67-66 - Checking Account |
| Taxpayer ID #: | 36-2303741 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/23/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 02/25/08 | | | | |
| 02/25/08 | 109 | SECURITY SELF STORAGE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-42632<br>Voided: check issued on 02/25/08 | 2300-000 | | -24.20 | 501.61 |
| 02/25/08 | 110 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/25/2008 FOR CASE #05-42632 | 2300-000 | | 24.20 | 477.41 |
| 03/09/09 | 111 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/09/2009 FOR CASE #05-42632, Blanket Bond Payment for bond #016026455 term 2/1/09-2/1/10 | 2300-000 | | 12.58 | 464.83 |
| 10/29/09 | | From Account #********6765 | Final distribution of funds | 9999-000 | 11,323.02 | | 11,787.85 |
| 10/29/09 | 112 | LAW OFFICE OF BRUCE DE'MEDICI PC | Dividend paid 100.00% on $2,000.00, Attorney for Trustee Fees (Other Firm);  Reference:<br>Voided on 11/20/09 | 3210-000 | | 2,000.00 | 9,787.85 |
| 10/29/09 | 113 | Illinois Dept of Employment Security | DIVIDEND ON ALLOWED CLAIM | 5800-000 | | 906.95 | 8,880.90 |
| 10/29/09 | 114 | Illinois Department of Revenue | DIVIDEND ON ALLOWED CLAIM | 5800-000 | | 37.14 | 8,843.76 |
| 10/29/09 | 115 | District Director IRS | DIVIDEND ON ALLOWED CLAIM | 5800-000 | | 979.85 | 7,863.91 |
| 10/29/09 | 116 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,044.16 | 5,819.75 |
| | | | Dividend paid 100.00%    1,941.89 on $1,941.89;  Claim# A;  Filed: $1,941.89 | 2100-000 | | | 5,819.75 |
| | | | Dividend paid 100.00%    102.27 on $102.27;  Claim# H;  Filed: $102.27 | 2200-000 | | | 5,819.75 |
| 10/29/09 | 117 | MANDELL MENKES LLC | Combined Check for Claims#D,E | | | 2,533.75 | 3,286.00 |
| | | | Dividend paid 100.00%    2,500.00 on $2,500.00;  Claim# D;  Filed: $7,270.00 | 3210-000 | | | 3,286.00 |
| | | | Dividend paid 100.00%    33.75 on $33.75;  Claim# E;  Filed: $33.75 | 3220-000 | | | 3,286.00 |
| 10/29/09 | 118 | SMITH AMUNDSEN LLC | Combined Check for Claims#F,G | | | 3,286.00 | 0.00 |
| | | | Dividend paid 100.00%    3,272.50 on $3,272.50;  Claim# F;  Filed: $3,272.50 | 3210-000 | | | 0.00 |

Subtotals :    $11,323.02    $11,800.43

{} Asset reference(s)    Printed: 03/23/2010 10:54 AM    V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-42632  
**Case Name:** J. C. BLACKTOP CO.

**Taxpayer ID #:** 36-2303741  
**Period Ending:** 03/23/10

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****67-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%   13.50<br>on $13.50;  Claim# G;<br>Filed: $13.50 | 3220-000 | | | 0.00 |
| 11/20/09 | 112 | LAW OFFICE OF BRUCE DE'MEDICI PC | Dividend paid 100.00% on $2,000.00, Attorney for Trustee Fees (Other Firm);  Reference:  Voided: check issued on 10/29/09 | 3210-000 | | -2,000.00 | 2,000.00 |
| 11/20/09 | 119 | LAW OFFICE OF BRUCE DE'MEDICI PC | Replacement check for 112 Dividend paid 100.00% on $2,000, Attorney for Trustee Fees ( Other firm ) | 3210-000 | | 2,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,923.02 | 11,923.02 | $0.00 |
| | | | Less: Bank Transfers | | 11,923.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 11,923.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,923.02** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****67-65** | 11,923.02 | 0.00 | 0.00 |
| **Checking # ***-*****67-66** | 0.00 | 11,923.02 | 0.00 |
| | $11,923.02 | $11,923.02 | $0.00 |